Martin E. Rosen (108998), mrosen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

JS-6

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA AIZENBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: CV 12-6614 RSWL (CWx)<br><br>ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>[FRCP 41(a)]<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: June 28, 2012<br>Trial Date: December 3, 2013 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 10/2/2013

RONALD S.W. LEW
_____
HON. RONALD S. W. LEW
Senior U.S. District Judge